THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LOCAL 25 S.E.I.U. WELFARE FUND, LOCAL 25 S.E.I.U. & PARTICIPATING EMPLOYERS PENSION TRUST, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | NO. 04C 5772 |
| McCOY SECURITY, INC., an Illinois Corporation, | ) ) ) ) | Judge Filip |
| Defendant. | ) | |

**MOTION TO VACATE ORDER OF DISMISSAL, TO REINSTATE ACTION,
AND FOR ENTRY OF JUDGMENT**

NOW COME the Plaintiffs by and through their Attorney, Robert B. Greenberg, and move this Honorable Court to vacate the Order of Dismissal entered on February 21, 2006, a copy of which is attached hereto as Plaintiffs' Exhibit "A", and to reinstate Plaintiffs' cause of action instanter, and for entry of judgment against the Defendant.

In support of Plaintiffs' Motion, Plaintiffs state as follows:

1) That pursuant to Settlement Agreement executed by the parties on February 21, 2006, a copy of which is attached hereto as Plaintiffs' Exhibit "B," the parties agreed to a dismissal of the pending action.

2) That notwithstanding the provisions of the Settlement Agreement, specifically paragraph 2 thereof, the Defendant has failed to remit the payments provided

- 1 -

for therein, and Defendant is now delinquent to the Funds in excess of the original settlement amount.

WHEREFORE, in accordance with the provisions of the Order of Dismissal, Exhibit "A", Plaintiff prays that the Order of Dismissal be vacated instanter, Plaintiffs' cause of action be reinstated, and that judgment enter in favor of Plaintiffs and against the Defendant in the amount of $691,408.51 (as shown on Exhibit "C" attached hereto), as and for the outstanding delinquencies calculated pursuant to the Settlement Agreement, which amount includes current delinquencies are now due.

That Plaintiffs also prays that judgment enter for Plaintiffs' attorneys' fees and costs incurred as a result of the Defendant's non-compliance with the provisions of the parties' Settlement Agreement.

/s/ Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#: 01047558

Dated: February 15, 2007